UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

BHAVESH PATEL
(Petitioner's Name)

Case No. 1:19-CR-113 LM
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, BHAVESH PATEL, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-15-19

Signature of Petitioner

---

### RULING BY JUDICIAL OFFICER

☐ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other:_____

Date: 8·22·19

U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)