UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE        2019 AUG 16  P 3:48

United States of America

v.                                    Criminal Case No. 19-CR-113-LM

Bhavesh Patel

# WAIVER OF DEFENDANT'S APPEARANCE
# AT ARRAIGNMENT

I, Bhavesh Patel, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 8-15-19

Defendant

Date: 8-16-19

Counsel for Defendant  REVIEWED TELEPHONICALLY

WAIVER APPROVED.

Date: 8.22.19

☑ United States Magistrate Judge
☐ United States District Judge

Copies to:
    U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)