AO 442 (Rev. 11/11) Arrest Warrant


RECEIVED
U.S. MARSHAL
CONCORD, NH

# UNITED STATES DISTRICT COURT

2019 MAY 30 PM 1: 24

for the

District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-cr- *113-01-LM* |
| BHAVESH PATEL | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1001(a)(2)     False Statements

Date: _5/30/2019_

_____
*Issuing officer's signature*

City and state:     Concord, New Hampshire

_Kathy DuPont, Deputy Clerk_
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____ |
| WARRANT EXECUTED     *Arresting officer's signature* |
| N/OH          8/9/19     _____ |
| District          Date     *Printed name and title* |

US MARSHAL
CONCORD, NH